AUSA Srinivasan

# United States District Court **FILED**

For the Western District of Texas
Austin Division

September 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **AD** _____
DEPUTY

United States of America,　§
　§
　§
v.　§
　§
**Franco Garcia-Hernandez**　§
Aka; Jorge Luis Garcia, Rafeal Garcia-　§
Hernandez, Rafael Gonzalez, Rafael　§
Gonzales, Franco Gonzalez & Franco Paul　§
Gonzalez Garcia

Case Number:
1:22-mj-804-DH

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **September 19, 2022**, in the county of **Bastrop**, in the Western District of Texas, the defendant, **Franco Garcia-Hernandez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **September 19, 2022**, the defendant, an alien, was found in the Bastrop County jail, Bastrop, Texas, within the Western District of Texas. A deportation officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **August 12, 2009**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**September 20, 2022**
_____     at
Date

Austin, Texas
_____
City and State

Dustin M. Howell
United States Magistrate Judge

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer